```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :     25cr 533 (DLC)
                                           :
            -v-                            :        ORDER
                                           :
JUAN SANTOS ROQUE,                         :
                                           :
                        Defendant.         :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant is scheduled to waive indictment and enter a change of plea on **November 13, 2025 at 2:30 PM** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         November 5, 2025

                                    _____
                                             DENISE COTE
                                    United States District Judge