UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :        25cr533(DLC)
    UNITED STATES OF AMERICA,             :
                                          :          ORDER
            -v-                           :
                                          :
    JUAN SANTOS ROQUE,                    :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     For the reasons set forth on the record on February 20,

2026, it is hereby

     ORDERED that the defendant Juan Santos Roque (USM #01879-

138) is remanded to the custody of the United States Marshal's

Service.

Dated: New York, New York
       February 20, 2026

                          _____
                                  DENISE COTE
                          United States District Judge